# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No.: 1:15-cv-2391-REB

LAWRENCE MICHAEL AMOTO,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security
    Defendant.

## ORDER FOR SUBSTITUTION OF PARTY ON SUGGESTION OF DEATH

**Blackburn, J.**

The matter before me is plaintiff's **Notice of Suggestion of Death and Request for Change of Caption** [#13],[1] filed February 4, 2016. After careful review of the notice and the file, I conclude that the request is proper under Fed. R. Civ. P. 25(a)(1) and thus should be approved, and that Allegra Amoto should be substituted as the named plaintiff in this action.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Notice of Suggestion of Death and Request for Change of Caption** [#13], filed February 4, 2016, is approved; and

2. That Allegra Amoto, on behalf of Lawrence Michael Amoto, deceased, should be substituted as the named plaintiff in this action, and the case caption amended as follows:

---

[1] "[#13]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

Civil Action No.: 1:15-cv-2391-REB

ALLEGRA AMOTO, on behalf of Lawrence Michael Amoto, deceased,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

Dated February 9, 2016, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge